SIPHON-IT, INC., Appellant, v. EDDIE CANTOR, Respondent.— Action for specific performance of a contract for the sale of real property. Order granting

defendant's motion under rule 113, Rules of Civil Practice, dismissing the complaint on the merits, and judgment for the defendant entered pursuant thereto, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.